UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

IN RE:                                  :
                                        : CHAPTER 7
AUXIER, DONALD DEAN                     : CASE NO. 10-14722-WHD
                                        : JUDGE W.H. DRAKE, JR.
        Debtor(s)                       :

## MOTION TO SELL PROPERTY OF THE ESTATE
## AT PRIVATE SALE FREE AND CLEAR OF LIENS, CLAIMS AND ENCUMBERANCES

COMES NOW, THEO D. MANN, Chapter 7 Trustee of the above-referenced Debtor's bankruptcy estate ("Trustee"), and files this "Motion to Sell Property of the Estate at Private Sale Free and Clear of Liens, Claims, and Encumbrances," showing the Court the following:

1.

In accordance with 11 U.S.C. §541(a), the Debtor's bankruptcy estate includes all of the Debtor's legal and equitable interests in the personal property of the Debtor, including a 2007 Suzuki Scooter AN400K7 Burgman.

2.

It is in the best interest of creditors and the estate of the Debtor that said asset be sold through the efforts of Larry Rich Auto Group, Inc. to Roy Lee Fowler, for a sale price of Three Thousand Dollars ($3,000.00), free and clear of liens, claims and encumbrances.

3.

HSBC holds a valid, perfected security interest in the Suzuki in the amount of $501.20. The property shall be sold free and clear of any interest or lien of HSBC, or any interest, claim, lien or encumbrance of any other creditor of Debtor(s).

4.

The sale described herein is in the best interest of the estate and creditors. From the proceeds of sale, the Trustee should be authorized to pay the Larry Rich Auto Group, Inc. the total sum of $475.00, which consists of $150.00 for pick up, $75.00 for detailing and a sale fee of $250.00. A Statement of Disinterestedness signed by Larry Rich is attached hereto as Exhibit "A". The Trustee should be authorized to pay the valid, divested lien of HSBC in the amount of $501.20 and the Debtor's allowed exemption of $320.00. After paying the aforementioned items, the estate should net $1,703.80. Accordingly, Trustee requests that the Court approve the sale. In order to expedite the sale, the Trustee respectfully requests that the court waive the stay requirement of Rule 6004(h) and that the Order permit the sale to be handled immediately.

WHEREFORE, Trustee prays that this Court enter an order authorizing your Trustee to sell the property at private sale as set forth above, and that this Court grant such other and further relief as is just and proper.

Dated: this 3rd day of October, 2011.

                                                Respectfully submitted,

                                                MANN & WOOLDRIDGE, P.C.

                                          By: /s/ *Theo D. Mann*
                                               Theo D. Mann
                                               Attorney for Trustee
                                               State Bar No. 469150

P. O. Box 310
Newnan, GA 30264-0310
(770) 253-2222
tmann@mw-law.com

# EXHIBIT "A"

## DECLARATION OF LARRY RICH

I, Larry Rich, declare as follows:

1.

I am an automobile dealer in the State of Georgia.

2.

I am familiar with the Trustee's Motion to Sell Property of The Estate at Private Sale Free and Clear of Liens, Claims and Encumbrances, in which he is seeking to have my employment approved by the Court, and the facts set forth therein are true and accurate, to the best of my knowledge. I am willing to accept employment and compensation as set forth in said motion.

3.

I am a disinterested person within the meaning of 11 U.S.C. Section 101(14). Your declarant believes and alleges that pursuant to 11 U.S.C. §327(e), I am not disqualified from representing the Trustee specially in connection with the prosecution of the aforementioned claim. Your declarant represents and alleges that I do not represent any or hold any interest adverse to the Debtor or to the estate with respect to the particular matter upon which I am to be employed.

4.

I have no connection between the undersigned, debtor(s), creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee or any person employed in the Office of the United States Trustee, except as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Dated: *Aug 29*, 2011.

*Larry Rich*
Larry Rich
The Larry Rich Auto Group, Inc.

Donald Dean Auxier
Chapter 7 Case No. 10-14722

*Scotter*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| IN RE: | : |
| | : CHAPTER 7 |
| AUXIER, DONALD DEAN | : CASE NO. 10-14722-WHD |
| | : JUDGE W.H. DRAKE, JR. |
| Debtor(s) | : |

## NOTICE OF ASSIGNMENT OF HEARING REGARDING SALE OF PROPERTY AT PRIVATE SALE FREE AND CLEAR OF LIENS, CLAIMS AND ENCUMBRANCES

THEO D. MANN is the Chapter 7 Trustee for the above-styled Debtor's bankruptcy estate. Included in the property of Debtor's bankruptcy estate is all of the Debtor's legal and equitable interest in the personal property of the Debtor, including a 2007 Suzuki Scooter AN400K7 Burgman. Trustee proposes to sell all of the estate's interest in said property free and clear of liens, claims and encumbrances at private sale to Roy Lee Fowler for a sale price not less than Three Thousand Dollars ($3,000.00). From the proceeds of sale, the Trustee should be authorized to pay the Larry Rich Auto Group, Inc. the total sum of $475.00, which consists of $150.00 for pick up, $75.00 for detailing and a sale fee of $250.00. The Trustee should be authorized to pay the valid, divested lien of HSBC in the amount of $501.20 and the Debtor's allowed exemption of $320.00. After paying the aforementioned items, the estate should net $1,703.80.

NOTICE IS HEREBY GIVEN that parties desiring to object to the proposed sale of the property free and clear of liens, claims, and encumbrances shall file such objections with the Clerk of the Bankruptcy Court, 18 Greenville Street, P. O. Box 2328, Newnan, Georgia 30264, within twenty (20) days of the date of mailing shown below, and shall serve a copy of such objection on the Chapter 7 Trustee, Theo D. Mann, Mann & Wooldridge, P.C., P. O. Box 310, Newnan, Georgia 30264.

NOTICE IS FURTHER GIVEN that any creditor or party in interest asserting a lien on the property or on the proceeds of the sale must timely file an objection as set forth above. Failure to timely file an objection shall constitute a waiver of such objection, and in such event Trustee shall be authorized to sell the property without further notice or a hearing.

In the event an objection is timely filed, a hearing thereon will be held at the U. S. Bankruptcy Court, Second Floor Courtroom, 18 Greenville Street, Newnan, Georgia at 10:10 a.m., on the 4th day of November, 2011.

Dated: this 3rd day of October, 2011.

PREPARED AND PRESENTED BY:

MANN & WOOLDRIDGE, P.C.

By/s/ *Theo D. Mann*
    Theo D. Mann
    Attorney for Trustee
    State Bar No. 469150

P. O. Box 310
Newnan, GA  30264-0310
(770) 253-2222

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| IN RE: | : |
| | : CHAPTER 7 |
| AUXIER, DONALD DEAN | : CASE NO. 10-14722-WHD |
| | : JUDGE W.H. DRAKE, JR. |
| Debtor(s) | : |

### CERTIFICATE OF SERVICE

This is to certify that I have this date served a copy of the within and foregoing Motion to Sell Property of the Estate at Public or Private Sale and Notice of Hearing upon:

Auxier, Donald Dean
128 Pheasant Ridge
Peachtree City, GA 30269

Michael Gorove
1 Jefferson Street
Newnan, GA 30263

United States Trustee
362 Richard Russell Building
75 Spring Street, S.W.
Atlanta, GA 30303

HSBC Bank Nevada, N.A.
Bass & Associates, P.C.
3936 E. Ft. Lowell Road, Suite 200
Tucson, AZ 85712-1083

with the Notice of Hearing served upon all creditors and parties in interest listed on the attached matrix by placing a copy of same in the United States Mail in properly addressed envelopes with adequate postage thereon to insure delivery.

This 3rd day of October, 2011.

/s/ *Theo D. Mann*
Theo D. Mann
Attorney for Trustee
State Bar No. 469150

MANN & WOOLDRIDGE, P.C.
P. O. Box 310
Newnan, GA 30264-0310
(770) 253-2222
tmann@mw-law.net

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113E-3<br>Case 10-14722-whd<br>Northern District of Georgia<br>Newnan<br>Tue Aug 30 14:34:04 EDT 2011 | HSBC Bank Nevada, N.A.<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Road, Suite #200<br>Tucson, AZ 85712-1083 | Office of the United States Trustee<br>Room 362<br>75 Spring Street, SW<br>Atlanta, GA 30303-3330 |
| Wells Fargo Bank, N.A.<br>c/o McCalla Raymer, LLC<br>Bankruptcy Department<br>1544 Old Alabama Road<br>Roswell, GA 30076-2102 | Bank of America<br>PO Box 15026<br>Wilmington, DE 19850-5026 | CPU/CitibankCBSDNA<br>110 Lake Drive<br>Citi Private Labels Cons 0<br>Newark, DE 19702-3317 |
| Chase Card Services<br>P.O. Box 15298<br>Wilmington, DE 19850-5298 | Citgo/Citibank SD<br>PO Box 6497<br>Sioux Falls, SD 57117-6497 | Citibank SD NA<br>PO Box 6241<br>Sioux Falls, SD 57117-6241 |
| (p)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | Firestone<br>PO Box 81307<br>BK 14<br>Cleveland, OH 44181-0307 | (p)GEORGIA DEPARTMENT OF REVENUE<br>BANKRUPTCY SECTION<br>1800 CENTURY BLVD NE<br>SUITE 17200<br>ATLANTA GA 30345-3206 |
| Georgia Dept. of Labor<br>Suite 826<br>148 Andrew Young Inter. Blvd., NE<br>Atlanta GA 30303-1751 | Georgia Dept. of Labor<br>Suite 910<br>148 Andrew Young Inter. Blvd., NE<br>Atlanta GA 30303-1751 | HSBC Bank Nevada, N.A.<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Road, Suite 200<br>Tucson, AZ 85712-1083 |
| HSBC Retail Services<br>Dept 7680<br>Carol Stream, IL 60116-7680 | Household Bank<br>12447 SW 69th Ave.<br>Portland, OR 97223-8517 | Household Bank<br>PO Box 703<br>Wood Dale, IL 60191-0703 |
| Internal Revenue Service<br>401 W. Peachtree Street, NE<br>Stop 334-D<br>Atlanta, GA 30308 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Mrathon<br>539 S Main St<br>Findlay, OH 45840-3229 |
| Sears/Citibank SD, NA<br>8725 W Sahara Ave<br>MC02/02/03<br>The Lakes, NV 89163-0001 | The Home Depot<br>PO Box 6497<br>Sioux Falls, SD 57117-6497 | U. S. Attorney<br>600 Richard B. Russell Bldg.<br>75 Spring Street, SW<br>Atlanta GA 30303-3315 |
| Wells Fargo Financial Cards<br>PO Box 660041<br>Dallas, TX 75266-0041 | Wells Fargo Home mortgage<br>PO Box 660455<br>Dallas, TX 75266-0455 | Donald Dean Auxier<br>128 Pheasant Ridge<br>Peachtree City, GA 30269-2414 |
| Michael A. Gorove<br>Harmon & Gorove, P.C.<br>1 Jefferson Street<br>Newnan, GA 30263-1911 | Rick Elrod<br>Elrod Auction Co., Inc.<br>5340 Slater Mill Circle<br>Douglasville, GA 30135-1202 | Theo Davis Mann<br>28 Jackson Street<br>P. O. Box 310<br>Newnan, GA 30264-0310 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Discover Card
12 Reads Way
New Castle, DE 19720

Georgia Department of Revenue
P.O. Box 161108
Atlanta, GA 30321

(d)Georgia Dept. of Revenue
Bankruptcy Section
P. O. Box 161108
Atlanta GA 30321

Internal Revenue Service
P. O. Box 21126
Philadelphia PA 19114

End of Label Matrix
Mailable recipients    29
Bypassed recipients     0
Total                  29